

**afni**

1310 Martin Luther King Drive
PO Box 3427
Bloomington, IL 61702-3427
www.afnicollections.com

| Date: | 04/25/2014 |
|---|---|
| Afni, Inc. Account #: | 042185221-02 |
| Original Creditor: | T-MOBILE |
| Original Creditor Account #: | 304928016 |
| Balance: | $73.58 |



**EXHIBIT A**

## SETTLEMENT OFFER

### Pay only HALF YOUR BALANCE to settle your account

We are making another attempt to contact you regarding your overdue account. In an effort to resolve this matter we will accept $36.79, half the current balance. Once paid, our records will reflect the status of your account with Afni, Inc. as closed as settled.

If you have any questions, please contact our office toll free at (888) 804-2409 Monday through Friday 7am - 9pm and Saturday 8am - 12pm CT. For proper credit on your account please write this number 042185221-02 on your payment.

To manage your account online, visit us at www.afnicollections.com. You can login with your account number and last 4 digits of your Social Security number. You can pay securely online using your debit card, Visa®, MasterCard®, or checking account and have your receipt available online once your payment posts.

Credit card payments by mail are also accepted. Credit card payment options are located on the payment stub located at the bottom of this letter and can be mailed back inside the enclosed envelope.

All conversations with Afni may be recorded.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This letter is from a debt collector.

### PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| Customer Service and Payment Information | Telephone Hours Are: Monday through Friday 7am - 9pm CT Saturday 8am - 12pm CT (888) 804-2409 | Send Mail To: AFNI, Inc. PO Box 3427 Bloomington, IL 61702-3427 | Pay online at: www.afnicollections.com |
|---|---|---|---|

**Detach and return bottom portion with your payment. Please include your Afni account # listed below on your check.**

PO Box 1637
Southgate, MI 48195

| Afni, Inc. Account # | Original Creditor | |
|---|---|---|
| 042185221-02 | T-MOBILE | |
| Original Creditor Account # | Balance | Settlement Offer |
| 304928016 | $73.58 | $36.79 |

04/25/2014

.50   673170524106   82849/0046365/0176

Stephanie Rowell

8 02042185221 992860 00000007358

AFNI, Inc.
PO Box 3427
Bloomington, IL 61702-3427

798-8002