IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE ROWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AFNI, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br> 3:15-cv-00143-SRW |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Afni, Inc. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Stephanie Rowell against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 14th day of April, 2015.

                                     *s/ Alan D. Leeth*
                                     Alan D. Leeth (LEE038)
                                     R. Frank Springfield (SPR024)
                                     **BURR & FORMAN LLP**
                                     420 North 20th Street, Suite 3400
                                     Birmingham, Alabama  35203
                                     Telephone:  (205) 458-5187
                                     Facsimile:  (205) 244-5707
                                     aleeth@burr.com
                                     fspringf@burr.com

                                     Attorneys for Defendant
                                     AFNI, INC.

23253647 v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles M. Ingrum
P. O. Box 229
Opelika, AL  36803

    I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  N/A                                   .

                            *s/ Alan D. Leeth*                                          
                            OF COUNSEL