# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **STEPHANIE ROWELL,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **AFNI, INC.,** ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION NO.** <br> **3:15-cv-00143-SRW** |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Stephanie Rowell ("Plaintiff") and defendant Afni, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Alan D. Leeth certifies that he has the express permission and agreement of counsel for Plaintiff to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Dated this the 30th day of April, 2015.

23824921 v1

Respectfully submitted,


*s/ Charles M. Ingrum, Jr.*
Charles M. Ingrum, Jr.
P.O. Box 229
Opelika, Alabama 36803
Telephone: (334) 745-3333
Facsimile: (334) 745-3155
cmi2@irplaw.com

Attorney for Plaintiff
STEPHANIE ROWELL


*s/ Alan D. Leeth*
Alan D. Leeth (LEE038)
R. Frank Springfield (SPR024)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 458-5187
Facsimile: (205) 244-5707
aleeth@burr.com
fspringf@burr.com

Attorneys for Defendant
AFNI, INC.